FT. STANWIX CANNING CO. v. WILLIAM McKINLEY CANNING CO. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by the Ft. Stanwix Canning Company against the William McKinley Canning Company. No opinion. Motion for

leave to appeal to the court of appeals denied, with $10 costs. All concur, except LAUGHLIN, J., not voting. See 63 N. Y. Supp. 704.